CASE NO.: __11-12738-RAM__

☒ _____ 2nd _____ Amended Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1ˢᵗ, 2ⁿᵈ, etc. amended, if applicable)

DEBTOR: Samuel Bejerano _____     CO-DEBTOR: __Isabel Bejerano_____
Last Four Digits of SS# xxx-xx-5186 _____     Last Four Digits of SS# __xxx-xx-9591_____

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of _60___ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.    $ _175.55____ for months _1__ to _21_ ;

    B.    $ _334.44____ for months _22_ to _60_ ;

    C.    $_____ for months _____to _____ in order to pay the following creditors:

Administrative:       Attorney's Fee  $ 1,500.00___  TOTAL PAID $ 1,500.00
                          Balance Due     $ 0.00___ payable $ 0.00_____ month (Months _-_ to _-_ )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _n/a_____     Arrearage on Petition Date $ _____
Address _____     Arrears Payment  $_____/month (Months____ to ___)
_____     Arrears Payment  $_____/month (Months____ to ___)
_____     Regular Payment $_____/month (Months____ to ___)

2._____     Arrears Payment  $_____
_____     Arrears Payment  $_____/month (Months____ to ___)
_____     Regular Payment $_____/month (Months___ to ___)
                                        Arrears Payment  $ _____/month (Months__ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Loan No. xxxxxx4899 Prop Add: 5431 W 9ᵗʰ Lane Hialeah, FL 33012 | Homestead Property $111,029.71 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a _____     Total Due $_____
                             Payable $_____/month (Months _____to ___)

Unsecured Creditors: Pay $ 158.00__ month (Months _1__ to _21_ ). Pay $301.00/mo (Mos 22 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). The debtors are paying EMC Mortgage (Loan#xxxxxx6026), Ford Motor Credit Co (Loan#xxxxx3254) and Suntrust Bank (Loan # xxxxx5776) directly outside the plan. The debtors will provide copies of their income tax return to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I & J and modify the plan if necessary. _____

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____     _____
Debtor     Joint Debtor
Date: __05-10-11__     Date: __05-10-11__

LF-31(rev. 06/02/08)